On respondent's petition for reconsideration filed May 30, motion for relief from default granted; reconsideration allowed; former disposition (198 Or App 397, 108 P3d 116) withdrawn; affirmed July 26, petition for review denied December 5, 2006 (342 Or 117)

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHNNY THEODORE LOKE, JR.,
aka Theodore Johnny Loke, Jr.,
*Appellant.*

9907-35058; A117304

139 P3d 1013

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).